Justo G. González (SBN 224903)
*Justo.Gonzalez@stokeslaw.com*
Theresa H. Wang (*pro hac vice application forthcoming*)
*Theresa.Wang@stokeslaw.com*
STOKES LAWRENCE, P.S.
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101
Telephone: (206) 626-6000
Facsimile: (206) 464-1496

Attorneys for Plaintiff Quest Software Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
AT SANTA ANA

| | |
|---|---|
| QUEST SOFTWARE INC., <br><br> Plaintiff, <br> v. <br><br> HEALTHEQUITY, INC., <br><br> Defendant. | Case No.: 8:23-cv-01909 <br><br> COMPLAINT |

# COMPLAINT

For its complaint against HealthEquity, Inc., plaintiff Quest Software, Inc. alleges as follows:

## NATURE OF THE ACTION

1. This is an action for copyright infringement 17 U.S.C. §§ 501 *et seq.*, and breach of a software license agreement.

COMPLAINT - 1
56205-012 \ 103658110

STOKES LAWRENCE, P.S.
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

# I. PARTIES

2. Quest Software Inc. ("Quest") is a Delaware limited liability company with its principal place of business in Aliso Viejo, California.

3. Plaintiff HealthEquity, Inc. ("HealthEquity") is a Delaware corporation with its principal place of business in Draper, Utah.

# II. JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1338 because Quest's copyright infringement claim arises under federal law.

5. This Court has pendant jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367(a).

6. The Court has personal jurisdiction over HealthEquity because the parties submitted to the jurisdiction of this Court pursuant to an enforceable venue provision in the parties' license agreement, which requires the parties to file lawsuits arising from their licensing relationship in Orange County, California.

7. The relevant license term provides:

> **Governing Law and Venue.** This Agreement shall be governed by and construed in accordance with the laws of the State of California, without giving effect to any conflict of laws principles that would require the application of laws of a different state. Any action seeking enforcement of this Agreement or any provision hereof shall be brought exclusively in the state or federal courts located in Orange County, California. Each party hereby agrees to submit to the jurisdiction of such courts.

8. Venue is proper in this District pursuant to the same venue provision in the parties' license agreement.

COMPLAINT - 2
56205-012 \ 103658110

STOKES LAWRENCE, P.S.
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

# III.  BACKGROUND

**A. Quest Licenses Toad Software to Customers**

9. The Toad family of software is one of the product lines developed and licensed by Quest Software Inc. ("Quest"), which allows customers (usually companies and other larger organizations) to streamline workflow and manage their databases.

10. Toad products offered for licensing by Quest include but are not limited to Toad for Oracle BaseEdition, Toad for Oracle XpertEdition, and Toad for SQL Server ProfessionalEdition (collectively "Toad Software").

11. Quest owns copyrights for Toad software and licenses the software to customers, including HealthEquity.

12. As a result of Quest's extensive efforts, Toad Software are valuable, proprietary products, and the software, its structure, sequence and origin are highly confidential trade secrets belonging to Quest.

13. Toad Software contains material wholly original to Quest and consist of copyrightable subject matter under the U.S. Copyright Act of 1976, 17 U.S.C. § 101 *et. seq.*

14. Among others, Quest owns the following copyright registrations for Toad Software: TXu002207806, TX0006821526, TX0008458364, TXu002250718, TX0008460900, TX0008464315, TX0008460910, TX0008460911, TX0008460913, TX0008460915, TX0007429172, TX0007486179,

COMPLAINT - 3
56205-012 \ 103658110

STOKES LAWRENCE, P.S.
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

TX0007531012, TX0008453726, TXu002143414, TX0008452073, TXu002144035, TXu002106106, TXu002146471, TX0008453722, TX0008453725, TXu002146012, TXu002146474, TXu002106108, TXu002151025, TXu002278484, TXu002311930, TXu002343528, TXu002207920, TXu002246893, TXu002110874, TXu002315299.

**B. HealthEquity Licensed Toad Software From Quest**

15. Between May 2001 and May 2022, HealthEquity purchased 245 licenses for Toad Software. For the products at issue in this lawsuit, the Toad Software is licensed by "Seat."

16. In addition to purchasing software licenses, HealthEquity has also purchased maintenance services. Maintenance services provide licensees with two primary benefits during the maintenance period. First, maintained licensees receive customer support services for the maintained software. Second, during the maintenance period, maintained licensees are entitled to upgrade their licensed software to the most recent version that has been released at no additional cost.

**C. HealthEquity Agreed to the 2021 Software Transaction Agreement**

17. On May 10, 2022, HealthEquity purchased 45 licenses for Toad Software through a software reseller.

18. A true and correct copy of the Software Transaction Agreement effective during that time ("2021 STA") is attached as **Exhibit 1.**

COMPLAINT - 4
56205-012 \ 103658110

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

19. HealthEquity accepted the terms of the 2021 STA when it installed Toad Software on its servers and workstations.

20. Specifically, when HealthEquity installed Toad Software, it clicked through and agreed to the terms of the 2021 STA. Without this affirmative assent to the terms of the license, HealthEquity could not have deployed copies of the Toad Software found on its systems.

21. The 2021 STA provides the following threshold requirement for agreement to the terms of that contract before proceeding with the installation:

> PLEASE READ THIS AGREEMENT CAREFULLY BEFORE USING THIS PRODUCT. BY DOWNLOADING, INSTALLING OR USING THIS PRODUCT, YOU ACCEPT AND AGREE TO THE TERMS AND CONDITIONS OF THIS AGREEMENT. FOR ORDERS PLACED OUTSIDE THE UNITED STATES OF AMERICA, PLEASE GO TO **http://quest.com/legal/sta.aspx** TO VIEW THE APPLICABLE VERSION OF THIS AGREEMENT FOR YOUR COUNTRY OR REGION. IF YOU DO NOT AGREE TO THE TERMS AND CONDITIONS OF THIS AGREEMENT OR THE APPLICABLE VERSION OF THIS AGREEMENT FOR YOUR COUNTRY OR REGION, DO NOT DOWNLOAD, INSTALL OR USE THIS PRODUCT. IF YOU HAVE A SIGNED AGREEMENT WITH PROVIDER THAT IS SPECIFICALLY REFERENCED IN AN ORDER THAT IS EXECUTED BETWEEN YOU AND PROVIDER, THEN THAT SIGNED AGREEMENT WILL SUPERSEDE THIS AGREEMENT.

22. The 2021 STA also provides that all prior license terms are superseded by a customer's acceptance of the 2021 STA terms upon installation of Toad Software:

> **Entire Agreement.** This Agreement contains the total agreement between the two parties regarding the subject matter covered herein and supersedes any other agreements, written, oral, expressed, or implied, including any confidentiality agreement between the parties. Unless

COMPLAINT - 5
56205-012 \ 103658110

STOKES LAWRENCE, P.S.
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

there is a prevailing signed Agreement between the Parties, all Orders are governed solely and exclusively by this Agreement and any additional or varying terms stated on a Signed Order or a Governing Quotation. In the event of a conflict between the terms of this Agreement and the terms contained in an Order, the terms of a Signed Order or Governing Quotation shall control. For all other Orders, in the event of a conflict between the terms of this Agreement and the terms contained in an Order, the terms of this Agreement shall control. Neither this Agreement, nor an Order, may be modified or amended except by a writing executed by a duly authorized representative of each party. No other act, document, usage or custom shall be deemed to amend or modify this Agreement or an Order and Customer agrees that all additional or inconsistent terms that may be contained in any purchase order or other documentation submitted by Customer in connection with an Order are not applicable. **Customer agrees that all of Customer's licenses for such Product, regardless of license date, will be governed by the version of the Software Transaction Agreement and applicable Product Terms in effect on the date of the most recent license purchase.**

(Emphasis added).

23. "Product" is defined as the Software and/or Appliance(s) provided to Customer by Provider.

24. "Software" is defined as "any and all software that is provided or made available to Customer under this Agreement as well as any new versions and releases of such software that are made available to Customer pursuant to this Agreement, and all copies of the foregoing. Software includes On-Premises Software and SaaS Software (as defined in the Software License Section), along with software that is delivered on an Appliance."

COMPLAINT - 6
56205-012 \ 103658110

STOKES LAWRENCE, P.S.
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

**D. Quest's Audit Reveals HealthEquity Deployed Toad Software in Excess of Licenses Purchased**

25. In late 2021, Quest requested an audit of HealthEquity's computing environment. Quest conducted a fair and thorough audit using their standard procedures.

26. That audit revealed that HealthEquity's deployment of Toad Software exceeded its license entitlement in violation of the applicable license agreement, and that HealthEquity made unauthorized copies of Toad Software that infringed Quest's copyrights for those products.

27. Specifically, the license grant in the relevant STA, along with the corresponding Product Guide, provided that HealthEquity could not install or provide access to end users in excess of the number of licenses purchased.

28. HealthEquity is required to purchase licenses sufficient to make up the shortfall for the licenses. In addition, HealthEquity must also pay for the maintenance fees on the over-deployed quantities, as well as any applicable over-deployment fees.

29. The parties engaged in very brief negotiations in an attempt to resolve the breach, but HealthEquity ended those discussions by initiating a lawsuit in Utah State Court, which Quest has moved to dismiss as being filed in an improper venue.

COMPLAINT - 7
56205-012 \ 103658110

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

30. By its copyright infringement and breach of contract, HealthEquity has deprived Quest of more than $1 million in license, maintenance, and other fees to which Quest is entitled.

31. Quest's understanding of the scope and extent of HealthEquity's over-deployment of all Quest software, including the Toad Software is subject to further investigation and discovery. Specifically, Quest will conduct an ongoing inquiry regarding: (1) the number of devices at HealthEquity with Quest software installed on its hard drives and servers, and (2) the number of users and devices to which HealthEquity provided the ability to access or use Quest software.

## COUNT I
## (COPYRIGHT INFRINGEMENT)

32. Quest realleges and incorporates the allegations in Paragraphs 1-36.

33. Among others, Quest owns the following copyright registrations for Toad Software: TXu002207806, TX0006821526, TX0008458364, TXu002250718, TX0008460900, TX0008464315, TX0008460910, TX0008460911, TX0008460913, TX0008460915, TX0007429172, TX0007486179, TX0007531012, TX0008453726, TXu002143414, TX0008452073, TXu002144035, TXu002106106, TXu002146471, TX0008453722, TX0008453725, TXu002146012, TXu002146474, TXu002106108, TXu002151025, TXu002278484, TXu002311930, TXu002343528, TXu002207920, TXu002246893, TXu002110874, TXu002315299.

COMPLAINT - 8
56205-012 \ 103658110

STOKES LAWRENCE, P.S.
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

34. HealthEquity has infringed Quest's copyright in the Toad Software by deploying that software and making copies of Toad Software beyond the scope of HealthEquity's license entitlement.

35. Quest has been damaged from HealthEquity's infringement in an amount to be proven at trial.

## COUNT II
## (BREACH OF CONTRACT)

36. Quest realleges and incorporates the allegations in Paragraphs 1-40.

37. The 2021 STA is a valid contract between Quest and HealthEquity under which Quest software licensed Toad Software to HealthEquity and has provided maintenance services to HealthEquity.

38. HealthEquity breached the 2021 STA by installing or providing abilities to access Toad Software to more devices and end users than allowed by HealthEquity's license entitlement.

39. Quest has been damaged by HealthEquity's breach of the 2021 STA in an amount that exceeds $1 million. Quest's damages include, but are not limited to, lost license fees and lost maintenance fees.

COMPLAINT - 9
56205-012 \ 103658110

STOKES LAWRENCE, P.S.
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

# COUNT III

## (DECLARATORY JUDGMENT)

40. Quest realleges and incorporates the allegations in Paragraphs 1-44.

41. An "actual controversy" within the meaning of 28 U.S.C. § 2201(a) exists between the parties concerning which agreement governs HealthEquity's deployment and use of Toad Software.

42. Pursuant to 28 U.S.C. § 2201(a), Quest is entitled to a declaratory judgment that HealthEquity and Quest are parties to the 2021 STA which HealthEquity accepted when it downloaded and installed Quest's software, and that the 2021 STA governs HealthEquity's deployment and use of Toad Software.

## RELIEF

Wherefore, Quest prays that the Court:

a) enter judgment in their favor and against HealthEquity on all claims;

b) award Quest its actual damages for HealthEquity's breach of the 2021 STA;

c) award Quest actual or statutory damages for HealthEquity's infringement of Quest's copyrights in the Toad Software;

d) award Quest pre-judgment interest on all damage amounts;

e) award Quest its reasonable litigation costs and attorneys' fees;

COMPLAINT - 10
56205-012 \ 103658110

STOKES LAWRENCE, P.S.
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

f) declare that Quest and HealthEquity are parties to the 2021 STA, and that contract governs HealthEquity's deployment and use of Toad Software;

g) deny any relief sought by HealthEquity; and

h) award Quest such other relief as the Court may deem just and equitable.

DATED this 10th day of October, 2023.

                      STOKES LAWRENCE, P.S.

By: */s/ Justo G. González*
    Justo G. González (SBN 224903)
    Theresa Wang (*pro hac vice application forthcoming*)
    1420 Fifth Avenue, Suite 3000
    Seattle, WA 98101-2393
    Telephone: (206) 626-6000
    Facsimile: (206) 464-1496
    Justo.Gonzalez@stokeslaw.com
    Theresa.Wang@stokeslaw.com

    Attorneys for Plaintiff Quest Software Inc.

COMPLAINT - 11
56205-012 \ 103658110

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000