Theresa H. Wang (*pro hac vice*)
*Theresa.Wang@stokeslaw.com*
Joshua D. Harms (*pro hac vice*)
*Joshua.Harms@stokeslaw.com*
STOKES LAWRENCE, P.S.
1420 Fifth Avenue, Suite 3000
Seattle, Washington 98101
Telephone: (206) 626-6000

Curtis A. Graham (SBN No. 89755)
*Curtis.Graham@saul.com*
SAUL EWING
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6153

*Attorneys for Plaintiff Quest Software Inc.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
AT SANTA ANA

| | |
|---|---|
| QUEST SOFTWARE INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>HEALTHEQUITY, INC. and WAGEWORKS, INC.,<br><br>    Defendants.<br><br>WAGEWORKS, INC.,<br><br>    Counterclaim-Plaintiff,<br><br>  v.<br><br>QUEST SOFTWARE INC.,<br><br>    Counterclaim-Defendant. | Case No.: 8:23-cv-01909-JVS-KES<br>Honorable James V. Selna<br><br>**JOINT NOTICE OF SETTLEMENT AND WITHDRAWAL OF MOTION**<br><br><br><br><br><br>Trial Date:  July 22, 2025<br>FPTC Date:  July 07, 2025 |

1
JOINT NOTICE OF SETTLEMENT AND
WITHDRAWAL OF MOTION

1  Plaintiff and Counterclaim-Defendant Quest Software Inc., Defendant and Counterclaim-Plaintiff WageWorks, Inc., and Defendant HealthEquity, Inc. hereby notify the Court that a settlement has been reached in this matter. Accordingly, the Parties respectfully request that the Court vacate all currently set dates (ECF 40) and provide the Parties with forty-five days to consummate settlement and file a joint stipulation of dismissal with prejudice.

Additionally, and pursuant to Local Rule 7-16, Quest hereby provides notice that it is withdrawing its pending Motion for Partial Judgment on the Pleadings (ECF 67), the hearing for which is currently set for November 4, 2024, at 1:30 p.m. (ECF 71).

\\

DATED this 29th day of October, 2024.

| STOKES LAWRENCE, P.S. | PROCOPIO, CORY, HARGREAVES & SAVITCH LLP |
|---|---|
| */s/ Joshua D. Harms* | */s/ Melinda M. Morton* |
| Joshua D. Harms (*pro hac vice*) | Melinda M. Morton (SBN No. 209373) |
| *Joshua.Harms@stokeslaw.com* | *mindy.morton@procpio.com* |
| Theresa H. Wang (*pro hac vice*) | 3000 El Camino Real |
| *Theresa.Wang@stokeslaw.com* | Five Palo Alto Square, Suite 400 |
| 1420 Fifth Avenue, Suite 3000 | Palo Alto, California 94306 |
| Seattle, Washington 98101-2393 | Telephone: (650) 645-9000 |
| Telephone: (206) 626-6000 | |

and

Curtis A. Graham (SBN No. 89755)
*Curtis.Graham@saul.com*
SAUL EWING, LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6153

*Attorneys for Quest Software Inc.*

Eric A. Plourde (SBN No. 320451)
*eric.plourde@procopio.com*
525 B Street, Suite 2200
San Diego, California 92101
Telephone: (619) 238-1900

Jacob K. Poorman (SBN No. 262261)
*jacob.poorman@procopio.com*
12544 High Bluff Dr., Suite 400
San Diego, California 92130
Telephone: (858) 720-6300

*Attorneys for HealthEquity, Inc. and Wageworks, Inc.*

### FILER'S ATTESTATION

I, Joshua D. Harms, do attest that pursuant to Local Rule 5-4.3.4(a)(2)(i) all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: */s/ Joshua D. Harms*
Joshua D. Harms