JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
AT SANTA ANA

| | |
|---|---|
| QUEST SOFTWARE INC.,<br><br>Plaintiff,<br><br>v.<br><br>HEALTHEQUITY, INC. and WAGEWORKS, INC.,<br><br>Defendants. | Case No.: 8:23-cv-01909-JVS-KES<br>Honorable James V. Selna<br><br>**ORDER VACATING CASE DATES [75]** |
| WAGEWORKS, INC.,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>QUEST SOFTWARE INC.,<br><br>Counterclaim-Defendant. | |

 THIS MATTER came before the Court on the parties' Joint Notice of Settlement. Having reviewed and considered the pleadings and files of record, the Court is fully advised.

 NOW THEREFORE, it is hereby ORDERED that the currently set dates in this matter (ECF 40) are hereby VACATED, including the hearing on Quest's Motion for Partial Judgment on the Pleadings (ECF 67, 71). Within forty-five (45)

days of this order, the parties shall either file a joint stipulation of dismissal or a joint status report indicating the status of the consummation of settlement.

DATED this 31st day of October 2024.

*/s/ James V. Selna*
HONORABLE JAMES V. SELNA